PROB 12C
11/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: NORMAN SENEKA BOWERS   Case Number: 1:13CR458-1

Name of Sentencing Judicial Officer: The Honorable N. Carlton Tilley Jr.

Date of Original Sentence: November 21, 2014

Original Offense: Convicted Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924 (a)(2).

Original Sentence: 78 months of imprisonment followed by three (3) years of supervised release.

Type of Supervision: Supervised Release   Date Supervision Commenced: July 19, 2019
                                          Date Supervision Expires: July 18, 2022

Assistant U.S. Attorney: Terry Meinecke   Defense Attorney: Robert Lonnie Cooper

### PETITIONING THE COURT

[X] To issue a warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the petition and Warrant to the U.S. Attorney's Office and the United States Marshals Service.

[ ] To issue a summons

The probation officer believes that Mr. Bowers has violated the following condition(s) of supervision:

**Violation 1 - The defendant shall not commit another federal, state or local crime.**

Mr. Bowers was charged with Felony Possession with Intent to Sell/Deliver Cocaine, Felony Maintain a Dwelling for Controlled Substance within 1,000 feet of a School, and Felony Maintain a Vehicle/Dwelling/Place for Controlled Substance in Davidson County case 21CR053126. Mr. Bowers was also charged with Misdemeanor Simple Possession of a Schedule II Controlled Substance, Possession of Drug Paraphernalia, and Driving While License Revoked in Davidson County case 21CR053127. The offense date was July 14, 2021.

On July 14, 2021, officers with the Lexington Police Department in Lexington, NC executed a search warrant on Mr. Bowers residence at 403 Holt Street in Lexington, NC. During the search officers found 2.3 grams of cocaine and 20 hydromorphone hydrochloride pills in the master bedroom of Mr. Bowers' residence. Additionally, Mr. Bowers residence is next to the playground of Sheets Memorial Christian School in Lexington, NC. Mr. Bowers was arrested and transported to the Davidson County Detention Center and placed under a $75,000 secured bond. A hearing in the matter is scheduled for August 13, 2021 in Davidson County District Court.

RE: NORMAN SENEKA BOWERS 2

**Violation 2 - The defendant shall not commit another federal, state or local crime.**

Mr. Bower was charged with Driving While License Revoked in Davidson County case 21CR053118.

On July 10, 2021, Officer Wilson with the Lexington Police Department witnessed Mr. Bowers operating a motor vehicle on a street or highway while his driver's license was revoked. Mr. Bowers was served with this warrant on July 14, 2021. A hearing in this matter is scheduled for August 13, 2021 in Davidson County District Court.

**Violation 3 - The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter, as determined by the court.**

Mr. Bowers tested positive for cocaine on December 27, 2019. Mr. Bowers admitted to his use and signed an admission.

Mr. Bowers tested positive for cocaine on February 3, 2020 and March 25, 2021. Mr. Bowers denied the use of cocaine on both occasions. The samples were sent out for laboratory confirmation, and the initial results of the initial test were confirmed.

Mr. Bowers tested positive for cocaine and marijuana on December 22, 2020 and March 1, 2021. Mr. Bowers denied his use of cocaine and marijuana on both occasions. The samples were sent out for laboratory confirmation, and the results of the initial tests were confirmed.

On April 22, 2021, Mr. Bowers signed an admission that he had used marijuana on or about April 17, 2021.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
    [X] revoked.
    [ ] extended for   years, for a total term of  years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the forgoing is true and correct.

Executed on   August 2, 2021

John Dwain Campbell
U.S. Probation Officer

Approved by:

August 2, 2021

Christopher M. Bersch
Supervisory U.S. Probation Officer

Date