IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NORMAN SENEKA BOWERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:16CV790 |
| | ) | 1:13CR458-1 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

The Text Order and Recommendation ("Recommendation") of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on September 27, 2021, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

Therefore, the Court need not make a de novo review, and the Magistrate Judge's Recommendation is hereby adopted.

IT IS THEREFORE ORDERED that Petitioner's Letter Motions [Docs. #51, 52] and Motions to Dismiss [Docs. #53, 54] are DENIED.

This the 22nd day of December, 2021.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge