IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:13CR458-1 |
| | : | |
| NORMAN SENEKA BOWERS | : | |

MOTION TO CONTINUE

NOW COMES the United States of America, by Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, through the undersigned Assistant United States Attorney, and moves to continue the Final Hearing regarding Revocation of Supervised Release for the above-captioned case for a period of sixty (60) days. In support of this motion, the government states as follows:

1. The hearing is currently scheduled for the morning of May 12, 2022.

2. On April 27, 2022, the undersigned was notified of new felony controlled-substance charges that had been brought against the defendant in Davidson County arising out of an incident in March 2022.

3. The undersigned intends to pursue a federal indictment against the defendant as a result of the March 2022 incident. It is anticipated that it will take some time for the investigative reports to be compiled,

and for all aspects of the investigation, to include forensic testing of any controlled substances, to be completed.

4. The government has consulted with counsel for the defense, who does not object to this motion.

Wherefore, the government requests that this Court continue the above-captioned matter for a period of sixty (60) days.

This, the 28th day of April, 2022.

> Respectfully submitted,
>
> SANDRA J. HAIRSTON
> United States Attorney
>
> /S/ TERRY M. MEINECKE
> Assistant United States Attorney
> NCSB #27586
> United States Attorney's Office
> Middle District of North Carolina
> 101 S. Edgeworth St., 4th Floor
> Greensboro, NC 27401
> Phone: 336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify the following user:

Helen L. Parsonage, Esq.

/S/ TERRY M. MEINECKE
Assistant United States Attorney
NCSB #27586
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351